IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Gordon P. Gallagher

| | |
|---|---|
| 13-MJ-00019-GPG<br>Date: March 26, 2013 | Court Deputy: P. Howell<br>Recorder: Grand Junction |
| UNITED STATES OF AMERICA,<br>Plaintiff, | AUSA Michelle Heldmyer |

v.

HUGH ROBERTS,
Defendant.

## ORDER

The court hereby directs the United States Marshals Service to serve the above named Defendant the attached Summons to Appear.

By the court:

_____ 3/26/13
Gordon P. Gallagher
Magistrate Judge

enclosure

AO 83 (Rev. 02/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. /3-mJ-19-GPG |
| | ) |
| Hugh Roberts | ) |
| *Defendant's name and address* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court Wayne Aspinal Building 400 Rood Avenue Grand Junction, CO 81501 | Courtroom No.: 323 |
| | Date and Time: 05/07/2013 10:00 am |

This offense is briefly described as follows:

Willful injury or depredation against property of the U.S. - less than $1,000.00, in violation of Title 18 U.S.C. Section 1361.

Date: 3/25/13

_____
*Issuing officer's signature*

Gordon P. Gallagher - Magistrate Judge
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: